```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                              - - -              CERTIFIED COPY

    ROSEY LIU,                          )
                                        )
              Plaintiff,                )
                                        )
         vs.                            )  Case No.
                                        )  CV07-5976 PSG (CWx)
    STERIGENICS INTERNATIONAL,          )
    INC., a corporation, GRIFFITH       )
    MICROSCIENCE, a corporation,        )
    ION BEAM APPLICATIONS, a            )
    corporation, KATHLEEN HOFFMAN,      )
    an individual, and DOES I           )
    through 10,                         )
                                        )
              Defendants.               )
```

                         DEPOSITION OF

                         STEPHEN MORRIS

                       OAK BROOK, ILLINOIS

                       SEPTEMBER 9, 2008


    ATKINSON-BAKER, INC.
    COURT REPORTERS
    (800) 288-3376
    www.depo.com


    REPORTED BY:  CARMAN L. BROOKS, CSR NO. 084-003927

    FILE NO.:  A207FD2

1

Morris

1   someone is supposed to be present on the telephonic
2   meeting and was not?
3           MR. STAUB:  Object.  That's vague and calls for
4   speculation.
5           THE WITNESS:  I don't know.
6   BY MS. HYDE:
7       Q.      Did it ever occur that someone who was
8   supposed to be on these safety telephonic meetings was
9   not?
10      A.      Yes.
11      Q.      Do you recall what would be said by
12  whoever was leading the telephone meeting about that?
13      A.      We would try to reach that individual
14  that was missing.
15      Q.      Do you recall if Rosey Liu ever missed
16  any of these meetings?
17      A.      I don't know.
18      Q.      Prior to Rosey Liu being terminated, did
19  Rosey Liu ever say to you that she wanted the title of
20  director?  She didn't need in fact to be a director?
21      A.      No.
22      Q.      Did Kathleen Hoffman ever discuss with
23  you the idea that Rosey Liu had requested the title
24  director?
25      A.      No.

Morris

1   travel also like yours did?
2       A.   Yes.
3       Q.   When you first met Rosey Liu, were you
4   aware of her educational background?
5       A.   No.
6       Q.   Were you aware of her employment
7   background?
8       A.   I guess I'm not sure what you're asking.
9       Q.   When you first met Rosey, did you have
10  any idea where she had been employed previously?
11      A.   She told me that she had worked for a
12  consulting company doing air permits.
13      Q.   Anything else about her background?
14      A.   No.  That was all she had told me.
15      Q.   Do you know if she had a degree in
16  engineering?
17      A.   I thought she did, but I never asked her
18  about her degree.
19      Q.   Did you ever find out otherwise?
20      A.   No -- that she didn't have a degree?
21      Q.   Right.
22      A.   No.
23      Q.   Did you ever actually work with Rosey Liu
24  to the extent that you would go out to a facility with
25  her and watch her work?

Morris

1   A.   Yes.

2   Q.   On how many occasions did you do that?

3   A.   Three or four.

4   Q.   And do you recall what facilities those

5   were?

6   A.   Grand Prairie, Texas, facility. Our

7   Los Angeles facilities. I think that was it.

8   Q.   So Texas and Los Angeles?

9   A.   Yeah. We may have also been in either

10  Salt Lake City or Santa Teresa, New Mexico, plant. We

11  were also in our Mexico City facilities together.

12  Q.   When you went -- was it Grand Prairie,

13  Texas, you said?

14  A.   Yes.

15  Q.   How long were you with Rosey Liu at that

16  facility?

17  A.   Two or three days.

18  Q.   What sort of things did you do there?

19  A.   Process safety management program.

20  Q.   What does that mean?

21  A.   We're regulated by both the U.S. EPA and

22  OSHA with regard to the handling and use of ethylene

23  oxide. We're required by regulation that we have to

24  have a process safety management program in place at the

25  facility or each EO facility. In addition to that, we

28

Morris

1  A. No.
2  Q. And then you worked for a year, and then
3  you went back to Roosevelt?
4  A. Yes.
5  Q. After you got your bachelor's in
6  chemistry, what did you do?
7  A. I worked for a time in /SHER win Williams
8  Coatings. It's located in -- I think it's Chicago.
9  Q. What was your title there?
10 A. Development chemist.
11 Q. How long did you work there?
12 A. Approximately two years.
13 Q. What did you do next?
14 A. While I was working there, I was getting
15 my MBA in the evening.
16 Q. Did you get your MBA?
17 A. I did.
18 Q. When was that?
19 A. 1969 from Roosevelt University.
20 Q. After you got your MBA, you continued
21 working at /SHER win Williams?
22 A. No. I left /SHER win Williams, and I
23 went to work for Helene Curtis Industries.
24 Q. Where was that?
25 A. Chicago.

Moras

1  Q. How long had you worked there?
2  A. From 1969 through 1978.
3  Q. And then what did you do?
4  A. I went to work for Dexter Corporation,
5  D-E-X-T-E-R Corporation, in Waukegan, Illinois.
6  Q. How do you spell that?
7  A. W-A-U-K-E-G-A-N.
8  Q. And what is Dexter Corporation?
9  A. Dexter Corporation manufactures polymeric
10  materials and also coatings.
11  Q. And how long did you work there?
12  A. Till 1994.
13  Q. And where did you work next?
14  A. I went to work for Brent America.
15  They're located in Lake Bluff, Illinois.
16  Q. What did Brent America do?
17  A. They manufacture coatings and metal
18  treating compounds.
19  Q. How long did you work at Brent America?
20  A. Approximately six years.
21  Q. By this time have you established some
22  sort of specialty?
23  A. Yes.
24  Q. What is that in?
25  A. Regulatory compliance primarily in

12

Morris

1   A.   To the best of my knowledge, he was
2   terminated.
3   Q.   Do you have any idea what his name was?
4   A.   No.
5   Q.   Did anyone ever attribute blame for the
6   Ontario explosion to Rosey Liu?
7   MR. STAUB: Objection. Calls for speculation.
8   MS. HYDE: If he knows.
9   THE WITNESS: I've never heard anyone state that
10  it was her responsibility.
11  BY MS. HYDE:
12  Q.   Was Rosey Liu's work at the L.A. facility
13  acceptable?
14  MR. STAUB: Objection. Vague to the term
15  acceptable.
16       Are you able to answer that question?
17  THE WITNESS: Yes. I think parts of it were
18  marginal.
19  BY MS. HYDE:
20  Q.   What parts were marginal?
21  A.   We had a number of hazardous waste issues
22  at the facility, and Rosey ignored or wasn't cognizant
23  of the problems.
24  MR. STAUB: Is this a convenient time to take a
25  quick break?

Morris

1  mandatory?
2      A.    Yes.
3      Q.    And by that I mean no matter where you
4  were you would have to respond to this phone call?
5      A.    If possible.
6      Q.    How long would these weekly management
7  telephone calls last, generally speaking?
8      A.    Between an hour and an hour and a half.
9      Q.    And were these conversations recorded in
10 any way, as best you know?
11     A.    They were not recorded.
12     Q.    Were any of you required to write down
13 what happened during these meetings?
14     A.    No.
15     Q.    Would you actually take notes yourself
16 during these meetings?
17     A.    No -- well, I would write down the issues
18 that I would talk about during the meeting.  I don't
19 know what others did.
20     Q.    During these weekly management meetings,
21 would you go over every facility each of you maintained?
22     A.    No.
23     Q.    Were these weekly regional meetings more
24 general?
25     A.    They were major issues that were

Torris

affecting the facilities.

    Q.    Generally speaking, would it be Kathy Hoffman who would tell you the issues that would be discussed during those regional meetings?

    A.    Can you ask the question again?

    Q.    Sure. During these weekly regional meetings that you would have on the phone, would Kathy Hoffman generally set the agenda for these calls?

    A.    No.

    Q.    Who would, if anybody?

    A.    There generally wasn't an agenda.

    Q.    During these weekly telephonic regional meetings, would Kathy Hoffman ask if you had any issues you wanted to discuss? When I say "you," I mean the people on the other end.

    A.    Yes.

    Q.    Would you discuss facilities with her specifically?

    A.    We would go over major issues that affected our facilities.

    Q.    In any of these telephonic weekly meetings where Rosey Liu was on the phone, did Kathleen Hoffman criticize Rosey Liu for any reason?

    A.    Yes.

    Q.    What kinds of criticisms do you recall

WORD INDEX

Kathy Hoffman giving to Rosey Liu?

A. Kathy asked Rosey about permitting issues.

Q. Do you recall when this was about?

A. No.

Q. What's your understanding about what Kathleen Hoffman meant by the term permitting issues?

A. I believe the Santa Teresa, New Mexico, facility was in the process of installing additional chambers, and Rosey was responsible for obtaining the permit for these chambers, and Kathy asked Rosey the status of the chambers.

Q. What did Rosey respond?

A. She said that she was attempting to get the permits but they were taking longer than she had hoped.

Q. Did Kathleen Hoffman criticize Rosey Liu for that?

A. I think criticize isn't the right term. I think it would be more questioning.

Q. Are there any other subjects that you have heard Kathleen Hoffman criticize or question Rosey Liu on one of these weekly management calls?

A. None that comes to mind.

Q. On any of these weekly management calls

57

1  did Kathleen Hoffman ever criticize you for having
2  plants in your region temporarily shut down?
3      A.  No.
4      Q.  Did Kathleen Hoffman discuss with you in
5  any way anything about Rosey Liu prior to her being
6  terminated?
7      MR. STAUB:  Very vague and broad.
8      THE WITNESS:  I don't understand where you're
9  leading.
10  BY MS. HYDE:
11     Q.  In the year before Rosey Liu was
12  terminated, did Kathleen Hoffman discuss with you in any
13  way the fact that she was thinking about terminating
14  Rosey Liu?
15     A.  No.
16     Q.  Other than Kathleen Hoffman, do you have
17  any information that anyone else other than Kathleen
18  Hoffman terminated Rosey Liu?
19     A.  Can you repeat that?
20     Q.  Did you ever hear that the CFO of
21  Sterigenics terminated Rosey Liu?
22     A.  No.
23     Q.  Did you ever hear that anyone other than
24  Kathleen Hoffman terminated Rosey Liu?
25     A.  No.

Morris

```
 1            A.      Generally they would be discussed prior
 2   to being written down and then generally approved by
 3   Kathy and myself.
 4            Q.      When these goals were finally committed
 5   to writing, would Kathleen Hoffman actually sit down
 6   with you face to face and go over these goals?
 7            A.      Usually for the inception, not
 8   subsequent.
 9            Q.      And what do you mean by that?
10            A.      Once the goals were agreed to, they were
11   formalized and she signed it and gave me a copy.
12            Q.      After a year went by, would she again
13   review whether or not you had achieved all your goals?
14            A.      That's correct.
15            Q.      Would that generally be telephonic or
16   face to face?
17            A.      Face to face.
18            Q.      Were you aware of Rosey Liu's title while
19   she worked for Sterigenics?
20            A.      No.
21            Q.      Do you know a person named Mr. Beers,
22   B-E-E-R-S?
23            A.      No.
24            Q.      Do you know a Mike Padilla?
25            A.      I believe so.
```

67