ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEY LIU, | ) |
| Plaintiff, | ) |
| VS. | ) NO. CV07-5976 PSG (CWx) |
| STERIGENICS INTERNATIONAL, INC., a corporation; GRIFFITH MICRO SCIENCE, a corporation; ION BEAM APPLICATIONS, a corporation; KATHLEEN HOFFMAN, an individual; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

DEPOSITION OF ROSEY LIU

Los Angeles, California

Wednesday, February 20, 2008

REPORTED BY:

CAROL BALLOU
CSR NO. 12786

JOB NO.
53842?ME

LUDWIG KLEIN
REPORTERS & VIDEO, INC.
10868 KLING STREET
TOLUCA LAKE, CALIFORNIA 91602

| | | | |
|---|---|---|---|
| 1 | | promotion? | 15:25:08 |
| 2 | A | March 2006. | 15:25:09 |
| 3 | Q | Okay. | 15:25:11 |
| 4 | | Was there an open position? | 15:25:12 |
| 5 | A | No, just the title change. | 15:25:16 |
| 6 | Q | Okay. | 15:25:19 |
| 7 | | You just asked for your title to be changed? | 15:25:20 |
| 8 | A | Correct. | 15:25:22 |
| 9 | Q | Who did you ask? | 15:25:24 |
| 10 | A | Kathy. | 15:25:25 |
| 11 | Q | And what did you ask your title to be | 15:25:26 |
| 12 | | changed to? | 15:25:29 |
| 13 | A | I said the -- "With all the work I do and | 15:25:29 |
| 14 | | the same amount of work with my counterpart. My | 15:25:31 |
| 15 | | counterpart is a director. I don't have that many | 15:25:35 |
| 16 | | years' experience, but I think I'm at least qualified | 15:25:38 |
| 17 | | as a senior engineer." | 15:25:41 |
| 18 | Q | And so you wanted your title to change from | 15:25:43 |
| 19 | | engineer to director, or engineer -- | 15:25:46 |
| 20 | A | No. | |
| 21 | Q | -- to senior engineer? | 15:25:48 |
| 22 | A | Senior -- senior environmental health and | 15:25:49 |
| 23 | | safety engineer. | 15:25:52 |
| 24 | Q | Okay. | 15:25:53 |
| 25 | | Do you know what the difference is between a | 15:25:53 |

218

| | | |
|---|---|---|
| 1 | senior environmental engineer and an engineer? | 15:25:55 |
| 2 | A    I think a senior has more experience, more | 15:25:58 |
| 3 | responsibilities. | 15:26:01 |
| 4 | Q    Okay. | 15:26:01 |
| 5 |      Were there any senior environmental | 15:26:01 |
| 6 | engineers at Sterigenics, to your knowledge? | 15:26:04 |
| 7 | A    No. | 15:26:05 |
| 8 | Q    Was that a title that you were proposing be | 15:26:06 |
| 9 | created for you? | 15:26:09 |
| 10 | A    I want to be recognized. | 15:26:10 |
| 11 | Q    Okay. | 15:26:11 |
| 12 |      But do you even know if such a title exists | 15:26:12 |
| 13 | at Sterigenics? | 15:26:16 |
| 14 | A    There are senior engineers.  I'm -- I'm not | 15:26:16 |
| 15 | sure. | 15:26:20 |
| 16 | Q    Do you know if there are any senior | 15:26:20 |
| 17 | engineers of environmental health and safety? | 15:26:24 |
| 18 | A    Not environmental, no. | 15:26:27 |
| 19 | Q    Okay. | 15:26:29 |
| 20 |      So you wanted a -- a title, but you're not | 15:26:30 |
| 21 | sure if that title really exists; is that true? | 15:26:32 |
| 22 | A    Correct. | 15:26:37 |
| 23 | Q    Do you know what it would take to -- to be a | 15:26:37 |
| 24 | senior engineer, if such a title existed? | 15:26:41 |
| 25 | A    With all the amount of work I do, almost the | 15:26:44 |

219

| | | | |
|---|---|---|---|
| 1 | Q | You don't remember the conversation; is that | 12:35:54 |
| 2 | correct? | | 12:35:54 |
| 3 | A | Correct. | 12:35:55 |
| 4 | Q | Okay. | 12:36:13 |
| 5 | | Can you remember any other aspects of your | 12:36:16 |
| 6 | performance that Kathy Hoffman counseled you on about | | 12:36:21 |
| 7 | the need to improve? | | 12:36:23 |
| 8 | A | I remember I received a letter in July.  She | 12:36:28 |
| 9 | had a few bullet items, which I did not agree hundred | | 12:36:34 |
| 10 | percent. | | 12:36:35 |
| 11 | Q | Okay. | 12:36:38 |
| 12 | | Prior to receiving that memo in July 2006, | 12:36:41 |
| 13 | did Kathy Hoffman ever counsel you about the need to | | 12:36:46 |
| 14 | improve in any areas of your performance? | | 12:36:50 |
| 15 | A | No. | 12:36:50 |
| 16 | Q | Never? | 12:36:50 |
| 17 | A | I don't remember.  Maybe in | 12:36:57 |
| 18 | "Two-thousand --" -- no. | | 12:36:59 |
| 19 | Q | Okay. | 12:37:00 |
| 20 | | So as you sit here, Kathy Hoffman, during | 12:37:03 |
| 21 | the -- the -- how long did you report to her for, | | 12:37:06 |
| 22 | five or six years; is that right? | | 12:37:08 |
| 23 | A | Yes. | 12:37:08 |
| 24 | Q | Okay. | 12:37:09 |
| 25 | | And she -- so she never counseled you about | 12:37:?? |

113

| | | | |
|---|---|---|---|
| 1 | Q | Can you think of any reason why that might | 15:27:53 |
| 2 | | cause Sterigenics or Kathy Hoffman to want to | 15:27:58 |
| 3 | | separate the employment relationship with you? | 15:28:03 |
| 4 | A | I don't know. | 15:28:06 |
| 5 | Q | Do you know if Sterigenics hired anybody to | 15:28:07 |
| 6 | | replace you? | 15:28:18 |
| 7 | A | After long time, maybe, yes. | 15:28:19 |
| 8 | Q | Which one is it? | 15:28:24 |
| 9 | A | I'm not sure. I have heard they hired | 15:28:26 |
| 10 | | somebody, but I'm not sure if to replace me or more | 15:28:30 |
| 11 | | safety oriented or -- I didn't get the detail. | 15:28:34 |
| 12 | Q | Okay. | 15:28:37 |
| 13 | | Who did you hear that from? | 15:28:37 |
| 14 | A | It was Charlie Morris or somebody. Could be | 15:28:39 |
| 15 | | Alan Inouye. I don't remember. | 15:28:48 |
| 16 | Q | Do you remember what they told you? | 15:28:52 |
| 17 | A | They -- they told me they find someone who | 15:28:55 |
| 18 | | is also based in L.A., but they don't really know the | 15:29:04 |
| 19 | | specifics. | 15:29:08 |
| 20 | Q | Okay. | 15:29:09 |
| 21 | | As you sit here today, do you know if, since | 15:29:13 |
| 22 | | your termination, Sterigenics has hired somebody to | 15:29:18 |
| 23 | | serve as an engineer of environmental health and | 15:29:22 |
| 24 | | safety? | 15:29:28 |
| 25 | A | I don't know. | 15:29:28 |

221

| | | | |
|---|---|---|---|
| 1 | Q | So you don't know if you've been replaced; | 15:29:28 |
| 2 | right? | | |
| 3 | A | I -- correct. | 15:29:33 |
| 4 | Q | Okay. | 15:29:34 |
| 5 | | Have -- have you told me about all the | 15:29:57 |
| 6 | reasons why you feel like your termination was | | 15:29:58 |
| 7 | wrongful? | | 15:30:01 |
| 8 | A | Did I tell you all the reasons? | 15:30:05 |
| 9 | Q | Yeah. | 15:30:07 |
| 10 | A | Yes. | 15:30:08 |
| 11 | Q | Can you think of any other reasons why you | 15:30:09 |
| 12 | feel like you were unfairly or wrongfully terminated? | | 15:30:11 |
| 13 | A | Any other reason? | 15:30:20 |
| 14 | Q | Yeah. | 15:30:21 |
| 15 | A | I -- I don't know. | 15:30:24 |
| 16 | Q | Okay. | 15:30:26 |
| 17 | | So as you sit here today, the only thing | 15:30:27 |
| 18 | that you can think of is that you asked for a title | | 15:30:29 |
| 19 | change back in March of '06, and you think maybe that | | 15:30:35 |
| 20 | contributed to the reason for -- | | 15:30:38 |
| 21 | A | I -- | |
| 22 | Q | -- terminating your employment? | 15:30:40 |
| 23 | A | I don't know if -- | 15:30:42 |
| 24 | | MS. JONES: Objection. The record will | 15:30:43 |
| 25 | speak for itself. | | 15:30:45 |

| | | |
|---|---|---|
| 1 | MR. STAUB: I agree. I just want to -- I | 15:30:46 |
| 2 | want to see if I can gain an understanding. | 15:30:49 |
| 3 | BY MR. STAUB: | 15:30:51 |
| 4 | Q   Is that correct, Ms. Liu? | 15:30:51 |
| 5 | A   I -- I don't know if that's the only reason. | 15:30:53 |
| 6 | Q   Okay. | 15:30:54 |
| 7 | But you haven't identified any other reasons | 15:30:55 |
| 8 | for me; right? | 15:30:57 |
| 9 | A   My Complaint has. | 15:30:58 |
| 10 | Q   Yeah, but I -- I want to know what -- what | 15:30:59 |
| 11 | you think. And that's what we're here for today, is | 15:31:01 |
| 12 | to figure out what -- | 15:31:04 |
| 13 | A   I sign off the Complaint; so whatever the | 15:31:04 |
| 14 | Complaint states, that's what I think. | 15:31:08 |
| 15 | Q   Okay. | 15:31:09 |
| 16 | What -- what complaint are you talking | 15:31:11 |
| 17 | about? | 15:31:12 |
| 18 | A   The -- the Complaint, the formal Complaint. | 15:31:12 |
| 19 | Q   Okay. | 15:31:15 |
| 20 | Do you know what's contained in that | 15:31:16 |
| 21 | Complaint? | 15:31:19 |
| 22 | A   I don't remember everything, but I know | 15:31:19 |
| 23 | the -- | 15:31:22 |
| 24 | Q   Okay. | 15:31:22 |
| 25 | Today's -- I -- I just want to know what -- | 15:31:24 |

223

```
 1   was marked as Exhibit 11?                                    14:45:02
 2        A    Yes.                                               14:45:04
 3        Q    Okay.                                              14:45:04
 4             Now, Ms. Hoffman outlined what she refers to       14:45:05
 5   here as [Reading:]  some specific performance-related        14:45:08
 6   items where additional focus and attention is needed         14:45:10
 7   to meet our increased corporate standards with               14:45:13
 8   respect to safety.                                           14:45:16
 9             Do you see that?                                   14:45:17
10        A    Yes.                                               14:45:17
11        Q    Okay.                                              14:45:18
12             First item is, Ms. Hoffman brings to your          14:45:19
13   attention that she wants regular participation in all        14:45:22
14   safety calls with operations.                                14:45:26
15             Do you see that?                                   14:45:28
16        A    Yes.                                               14:45:28
17        Q    Do you have an understanding as to why             14:45:29
18   Ms. Hoffman wanted you to improve in that area?              14:45:31
19        A    I missed one radiation safety call.                14:45:33
20        Q    Okay.                                              14:45:36
21             Do you recall which safety call it was that        14:45:38
22   you missed?                                                  14:45:39
23        A    Don't remember.                                    14:45:40
24        Q    Do you know why you missed that safety call?       14:45:41
25        A    I was a little late.                               14:45:44
```

189

```
 1   you're always lack something or I'm not proactive due    14:25:40
 2   to my personality.                                       14:25:43
 3       Q    Okay.                                           14:25:44
 4            So you don't -- by that do you -- you think     14:25:48
 5   that that's something she just put on everybody's        14:25:51
 6   review and she wasn't really writing that directly to    14:25:54
 7   you in an effort to get you to improve in that area?     14:25:57
 8       A    I didn't say that.                              14:25:58
 9       Q    Well, what -- what do you mean -- what do       14:25:59
10   you mean by that then?  What was --                      
11       A    I just --                                       14:26:02
12       Q    What do you mean by your answer?                14:26:02
13       A    -- think that she had the mindset that I'm      14:26:04
14   not proactive.  I -- I am not a very aggressive          14:26:08
15   person, and sometimes when I -- I don't even report      14:26:11
16   to her the things I do or did with the plants.           14:26:16
17            So a lot of it gave people the misconception    14:26:19
18   that I don't -- I didn't do my job.                      14:26:21
19       Q    Because you weren't reporting those things      14:26:24
20   to her, but, in fact, you were doing them?               14:26:27
21       A    I -- I'm not good at getting brownie points.    14:26:30
22       Q    What do you mean by that?                       14:26:31
23       A    I don't call her up and then tell her I did     14:26:34
24   this, I did that.  I'm not a third grader.               14:26:40
25       Q    Isn't that part of your job, to call her up     
```

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 14:49:55 |
| 2 | Q | Okay. | 14:49:55 |
| 3 | | Last one says, [Reading:] Keep set office | 14:49:59 |
| 4 | hours and communicate any deviations to management. | | 14:50:01 |
| 5 | | Do you recall discussing that with | 14:50:04 |
| 6 | Ms. Hoffman? | | 14:50:06 |
| 7 | A | Not specifically -- specifically to that | 14:50:10 |
| 8 | point, no. | | 14:50:14 |
| 9 | Q | Okay. | 14:50:14 |
| 10 | | Do you know -- do you know what the issue | 14:50:15 |
| 11 | was there? | | 14:50:17 |
| 12 | A | They probably wanted me to -- because the | 14:50:17 |
| 13 | L.A. plant starts 7:30 in the morning, and that's -- | | 14:50:23 |
| 14 | the Chicago has two hours ahead; so they probably | | 14:50:28 |
| 15 | expect me to be there 7:30. | | 14:50:33 |
| 16 | Q | And did you have a response to that? | 14:50:37 |
| 17 | A | Yes, because my office is -- is -- when I | 14:50:40 |
| 18 | was hired, she specifically told me she doesn't | | 14:50:44 |
| 19 | really care about my hours, as long as I finish all | | 14:50:47 |
| 20 | my work. And then I be -- be a good employee. | | 14:50:50 |
| 21 | | I never tried to work less. I always do | 14:50:54 |
| 22 | more. I work -- some -- sometimes she can see the | | 14:50:59 |
| 23 | e-mails I sent 8:00 o'clock at night, 11:00 o'clock | | 14:51:03 |
| 24 | at night, when I finish my work. I -- | | 14:51:06 |
| 25 | Q | Okay. | 14:51:10 |

| | | |
|---|---|---|
| 1 | A     Yes. | 14:49:55 |
| 2 | Q     Okay. | 14:49:55 |
| 3 | Last one says, [Reading:]  Keep set office | 14:49:59 |
| 4 | hours and communicate any deviations to management. | 14:50:01 |
| 5 | Do you recall discussing that with | 14:50:04 |
| 6 | Ms. Hoffman? | 14:50:06 |
| 7 | A     Not specifically -- specifically to that | 14:50:10 |
| 8 | point, no. | 14:50:14 |
| 9 | Q     Okay. | 14:50:14 |
| 10 | Do you know -- do you know what the issue | 14:50:15 |
| 11 | was there? | 14:50:17 |
| 12 | A     They probably wanted me to -- because the | 14:50:17 |
| 13 | L.A. plant starts 7:30 in the morning, and that's -- | 14:50:23 |
| 14 | the Chicago has two hours ahead; so they probably | 14:50:28 |
| 15 | expect me to be there 7:30. | 14:50:33 |
| 16 | Q     And did you have a response to that? | 14:50:37 |
| 17 | A     Yes, because my office is -- is -- when I | 14:50:40 |
| 18 | was hired, she specifically told me she doesn't | 14:50:44 |
| 19 | really care about my hours, as long as I finish all | 14:50:47 |
| 20 | my work.  And then I be -- be a good employee. | 14:50:50 |
| 21 | I never tried to work less.  I always do | 14:50:54 |
| 22 | more.  I work -- some -- sometimes she can see the | 14:50:59 |
| 23 | e-mails I sent 8:00 o'clock at night, 11:00 o'clock | 14:51:03 |
| 24 | at night, when I finish my work.  I -- | 14:51:06 |
| 25 | Q     Okay. | 14:51:10 |

1      A.     Correct.
2      Q.     Corey Grauer, I guess I know what he is.
3  And you Kathleen?
4      A.     Yes.
5      Q.     Patrick Hughes, vice president of sales
6  and marketing.  Male or Female?
7      A.     Male.
8      Q.     Caucasian?
9      A.     Yes.
10     Q.     Where's his office?
11     A.     Charlotte, but he also comes and spends a
12 lot of time in Oak Brook.
13     Q.     Kathy Olson, vice president corporate
14 controller, is she still with the company?
15     A.     Yes.
16     Q.     Where is her office?
17     A.     Here in Oak Brook.
18     Q.     Is she Caucasian?
19     A.     Yes.
20     Q.     Lewis Parks, vice president of advanced
21 applications, that's a male?
22     A.     Yes.
23     Q.     Is he still with the company?
24     A.     Yes.
25     Q.     Where is his office?

```
 1        Services, is she still here?
 2            A.    Yes.
 3            Q.    Where is she stationed?
 4            A.    Corona, California, but she's in Chicago
 5   often.  She head up our laboratory which is in Itasca,
 6   Illinois.
 7            Q.    Is she Caucasian?
 8            A.    Yes.
 9            Q.    John Gilbert, vice president engineering
10   and technology, is he still with the company?
11            A.    Yes.
12            Q.    Where is he stationed?
13            A.    Toronto, California, and he's here.
14            MR. GRAUER:  Did you say Toronto, California?
15            THE WITNESS:  Toronto, Canada.
16            MS. HYDE:  I heard that too.  I just thought it
17   was someplace I didn't know.
18            THE WITNESS:  Toronto, Canada.
19   BY MS. HYDE:
20            Q.    He is still with the company?
21            A.    Yes.
22            Q.    Is he Caucasian?
23            A.    Yes.
24            Q.    Corey, we have here present with us
25   today.
```

```
 1          Q.    Same for race discrimination?
 2          A.    Absolutely.
 3          Q.    Same for harassment?
 4          A.    Correct.
 5          Q.    When you gave Rosey Liu her July 26,
 6    2006, letter about her job performance, did you give her
 7    a time period within which she must improve herself?
 8          A.    I don't remember.  She was upset.  We had
 9    done two things in there.  We had also finalized that
10    performance review.  That was the one we had started in
11    March where she had asked, you know, for the promotion
12    and she got upset.  I said give me some time to go back
13    and look at this, and we'll discuss it at a later time.
14          Q.    Did you ever discuss this with anyone
15    above you, Rosey Liu's request for a promotion?
16          A.    I think I said something to human
17    resources.
18          Q.    Did human resources ever give you a time
19    period, for example, did they say once you give Rosey
20    Liu the July 26th letter you must wait three months
21    before you can terminate her?
22          A.    No.
23          Q.    Did you believe you had the right to
24    terminate her the week after that letter?
25          A.    Did I have the right?  I mean, I would
```

| | | |
|---|---|---|
| 1 | Calls for speculation. | 15:44:31 |
| 2 | BY MR. STAUB: | 15:44:32 |
| 3 | Q    Isn't that a true statement, Ms. Liu? | 15:44:32 |
| 4 | A    That's how I feel, yes. | 15:44:35 |
| 5 | Q    Okay. | 15:44:37 |
| 6 | I want to know if there's anything in here | 15:44:37 |
| 7 | that you feel is false or just -- just patently | 15:44:40 |
| 8 | untrue. | 15:44:43 |
| 9 | A    Then No. 6, [Reading:]  Arlene Farrar visit | 15:44:44 |
| 10 | L.A. plant a few times.  Notes some safety | 15:44:48 |
| 11 | environmental compliance issues. | 15:44:51 |
| 12 | She did not discuss this with me directly, | 15:44:53 |
| 13 | but then she discussed with me what's the result.  I | 15:44:56 |
| 14 | didn't -- I -- I don't understand the statement here. | 15:45:02 |
| 15 | And then here it says we call it diagnostic. | 15:45:06 |
| 16 | I mean whatever you call, you -- you cannot make a | 15:45:10 |
| 17 | decision to make it diagnostic.  It's not my position | 15:45:13 |
| 18 | to call it or -- or I can call whatever I want, but | 15:45:16 |
| 19 | it's -- it's what it is. | 15:45:20 |
| 20 | Q    Okay. | 15:45:25 |
| 21 | Your position is that you -- that that never | 15:45:26 |
| 22 | happened, that -- that there never was a test that | 15:45:28 |
| 23 | was -- | 15:45:31 |
| 24 | A    My position is, whatever I call it, you | 15:45:31 |
| 25 | cannot make it.  You cannot change the -- the result. | 15:45:34 |

233

| | | |
|---|---|---|
| 1 | If it's a performance test, you have to submit the | 15:45:40 |
| 2 | results and everything. | 15:45:41 |
| 3 | I -- I can call it diagnostic, but you have | 15:45:44 |
| 4 | to go by the rules.  It's not what I call. | 15:45:48 |
| 5 | Q    Okay. | 15:45:48 |
| 6 | What -- what is false about what's stated | 15:45:50 |
| 7 | there?  Is there anything false?  That's all I'm | 15:45:56 |
| 8 | asking you about right now. | 15:45:58 |
| 9 | Is there any -- anything that's false in | 15:45:59 |
| 10 | this memo or untrue? | 15:46:01 |
| 11 | A    [Reading:]  Another plant was going under -- | 15:46:03 |
| 12 | undergo -- going to undergo a compliance test.  I did | 15:46:07 |
| 13 | not inform the management of the test. | 15:46:10 |
| 14 | "Another plant," I don't know which one.  If | 15:46:12 |
| 15 | it was out of state, I -- if I was not there -- if I | 15:46:15 |
| 16 | was supposed to be there and didn't go there, then I | 15:46:18 |
| 17 | didn't do my job.  But here I don't know which plant | 15:46:21 |
| 18 | it was. | 15:46:22 |
| 19 | And then "was not present at the test," if | 15:46:24 |
| 20 | it was Salt Lake City or Dallas, I couldn't be there | 15:46:27 |
| 21 | for some reason.  I don't know what was the reason. | 15:46:30 |
| 22 | And then [Reading:]  The Perkin Elmer system | 15:46:32 |
| 23 | was down in L.A. plant.  Management was not informed. | 15:46:35 |
| 24 | I -- I did as soon as I knew about it.  And | 15:46:42 |
| 25 | the new chamber, I -- as soon as I knew there is a | |

234

ROSEY LIU - 2/20/2008 - LIU VS. STERIGENICS INTERNATIONAL

| | | |
|---|---|---|
| 1 | it? | 16:07:04 |
| 2 | MR. STAUB: Can you read it back? | 16:07:18 |
| 3 | THE REPORTER: Sure. | 16:07:19 |
| 4 | (The record was read as follows: | 16:07:19 |
| 5 | "Q  Did Ms. Hoffman ever do anything | |
| 6 | to you that caused you to believe that she was making | |
| 7 | employment decisions on the basis of your national | |
| 8 | origin?") | |
| 9 | THE WITNESS: I believe I was wrongfully | 16:07:19 |
| 10 | terminated. | 16:07:21 |
| 11 | BY MR. STAUB: | 16:07:22 |
| 12 | Q   Okay. | 16:07:22 |
| 13 | Your -- your national origin is -- you're | 16:07:23 |
| 14 | Chinese? | 16:07:25 |
| 15 | A   Yes. | 16:07:26 |
| 16 | Q   Did Ms. Hoffman ever -- ever, to your | 16:07:26 |
| 17 | knowledge, make any employment decisions that you | 16:07:35 |
| 18 | believe were motivated on account of the fact that | 16:07:39 |
| 19 | you're Chinese? | 16:07:42 |
| 20 | A   I was the only Chinese in the department. | 16:07:46 |
| 21 | Q   Okay. | 16:07:48 |
| 22 | But did she ever do anything that caused you | 16:07:49 |
| 23 | to believe that her decisions were motivated by the | 16:07:54 |
| 24 | fact that you're Chinese? | 16:07:57 |
| 25 | A   In front of my face, no, but I don't know | 16:08:02 |

243

LUDWIG KLEIN REPORTERS & VIDEO, INC. 800.540.0681

```
 1    what she thinks.                                          16:08:05
 2         Q    Okay.                                            16:08:06
 3              Did she ever say anything that caused you to     16:08:08
 4    believe that --                                            16:08:11
 5         A    I don't know what's her motivation.              16:08:11
 6         Q    Okay.                                            16:08:13
 7              Did anybody at Sterigenics ever say or do        16:08:15
 8    anything that caused you to believe that it made           16:08:18
 9    decisions with respect to your employment, that were       16:08:24
10    motivated on account of the fact that you're Chinese?     16:08:29
11         A    I was wrongfully terminated.                     16:08:35
12         Q    Okay.                                            16:08:37
13         A    I don't know their true motivation.              16:08:39
14         Q    My question is a little more specific.           16:08:42
15              What I want to know is whether or not            16:08:45
16    there's anything you can point to that causes you to       16:08:47
17    believe that Sterigenics made employment decisions         16:08:50
18    that were motivated on account of the fact that            16:08:54
19    you're a Chinese national.                                 16:08:56
20         A    I don't have a specific fact.                    16:08:59
21         Q    Any statements you can point to?                 16:09:02
22         A    No.                                              16:09:05
23         Q    Any -- any particular conduct?                   16:09:06
24         A    No.                                              16:09:10
25         Q    Okay.                                            16:09:10
```

244