| | |
|---|---|
| 1 | CRAIG G. STAUB, Bar No. 172857 |
|   | (cstaub@littler.com) |
| 2 | IAN T. WADE, Bar No. 229150 |
|   | (jsun@littler.com) |
| 3 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 4 | 2049 Century Park East |
|   | 5th Floor |
| 5 | Los Angeles, CA  90067.3107 |
|   | Telephone:  310.553.0308 |

E-FILED 10/24/08
JS-6

Attorneys for Defendant
STERIGENICS U.S., LLC (erroneously sued as STERIGENICS INTERNATIONAL INC.; GRIFFITH MICROSCIENCE; and ION BEAM APPLICATIONS)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEY LIU, | Case No.  CV 07-5976 PSG (CWx) |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT** |
| v. | |
| STERIGENICS INTERNATIONAL INC., a corporation, GRIFFITH MICRO SCIENCE, a corporation, ION BEAM APPLICATIONS, a corporation, KATHLEEN HOFFMAN, an individual, and DOES 1 through 10, Inclusive | |
| Defendants. | |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEY LIU,<br><br>                   Plaintiff,<br><br>       v.<br><br>STERIGENICS INTERNATIONAL INC., a corporation, GRIFFITH MICRO SCIENCE, a corporation, ION BEAM APPLICATIONS, a corporation, KATHLEEN HOFFMAN, an individual, and DOES 1 through 10, Inclusive<br><br>                   Defendants. | Case No.  CV 07-5976 PSG (CWx)<br><br>**JUDGMENT** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

# JUDGMENT

On October 6, 2008 in Room 790 of the above-entitled Court, the Motion of Defendant Sterigenics, U.S., LLC ("Defendant") for Summary Judgment came on regularly for hearing in the above-captioned matter.

The Court, having determined that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law, and having granted Defendant's motion for summary judgment,

HEREBY ORDERS, ADJUDGES AND DECREES that judgment be entered in favor of Defendant, that Plaintiff Rosey Liu take nothing, and that the parties bear their own attorneys fees and costs.

Dated: 10/24/ 2008                              **PHILIP S. GUTIERREZ**

                                                 PHILIP S. GUTIERREZ
                                                 United States District Judge

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308