1 | Charles T. Mathews, Esq. SBN 055889
ted@ctmesq.com
2 | Deane L. Shanander, Esq. SBN 239606
deane@ctmesq.com
3 | Laurel Hyde, Esq. SBN 149446
laurel@ctmesq.com
4 | CHARLES T. MATHEWS & ASSOCIATES
2596 Mission Street, Suite 204
5 | San Marino, California 91108
Ph.:  (626) 683-8291
6 | Fax:  (626) 683-8295

7 | Attorneys for Plaintiff/Appellant
ROSEY LIU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROSEY LIU, | CASE NO.: CV-07-05976 PSG (CWx) |
|---|---|
| Plaintiffs, | [*Assigned to the Hon. Philip S. Gutierrez*] |
| vs. | **PLAINTIFF/APPELLANT ROSEY LIU'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| STERIGENICS INTERNATIONAL INC., a corporation, GRIFFITH MICRO SCIENCE, a corporation, ION BEAM APPLICATIONS, a corporation, KATHLEEN HOFFMAN, an individual, and DOES 1 through 10, Inclusive, | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD:

Rosey Liu, Plaintiff and Appellant herein, appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment in favor of Defendant Sterigenics International Inc., entered in this case on October 24, 2008, and all interlocutory

/ / /

/ / /

/ / /

1

NOTICE OF APPEAL

orders which gave rise to such Judgment, including the Order granting Defendant's Motion for Summary Judgment, dated October 16, 2008.

The Representation Statement of Plaintiff/Appellant Rosey Liu is attached hereto as Exhibit A.

Dated: November 3, 2008                CHARLES T. MATHEWS & ASSOCIATES


By:/s/ Charles T. Mathews
CHARLES T. MATHEWS
LAUREL HYDE
Attorney for Plaintiff/Appellant
ROSEY LIU

## EXHIBIT A TO NOTICE OF APPEAL TO THE
## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

### REPRESENTATION STATEMENT

**Attorney for Plaintiff/Apppellant Rosey Liu:**

Charles T. Mathews, Esq.
ted@ctmesq.com
Deane L. Shanander, Esq.
deane@ctmesq.com
Laurel Hyde, Esq.
laurel@ctmesq.com
CHARLES T. MATHEWS & ASSOCIATES
2596 Mission Street, Suite 204
San Marino, California 91108
Ph.:   (626) 683-8291
Fax:   (626) 683-8295

**Attorney for Defendant/Respondent Sterigenics International Inc.:**

Craig G. Staub, Esq.
cstaub@littler.com
Ian Wade, Esq.
IWADE@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067-3107
Ph.:   (310) 553-0308
Fax:   (310) 553-5583 Facsimile